# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                    Crim. No.  5:09-M-1565-1

TIMOTHY R. LOMBARDI

On May 11, 2010, the above named was placed on probation for a period of 12 months.  The offender has complied with the rules and regulations of probation and is no longer in need of supervision.  It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                               Respectfully submitted,

 /s/ Robert L. Thornton                               /s/ Van R. Freeman, Jr.
Robert L. Thornton                                   Van R. Freeman, Jr.
Supervising U.S. Probation Officer                   Senior U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ 7 _____ day of _____ February _____, 2011.

_____
James E. Gates
U.S. Magistrate Judge